AB:TBM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | AFFIDAVIT IN SUPPORT OF REMOVAL TO THE <u>DISTRICT OF COLUMBIA</u> |
| - against - | |
| ISAAC STEVE STURGEON, | (Fed R. Crim. P. 5) |
| Defendant. | Case No. 21-M-286 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

JULIA CHEN, being duly sworn, deposes and states that she is a Special Agent with the Federal Bureau of Investigation ("FBI"), currently assigned to investigate the events at the Capitol Building and grounds on January 6, 2021, duly appointed according to law and acting as such.

On or about February 5, 2021, the United States District Court for the District of Columbia issued an arrest warrant commanding the arrest of ISAAC STEVE STURGEON on an Indictment charging him with violations of Title 18, United States Code, Sections 1512(c)(2) and 2 (obstruction of justice and aiding and abetting the same), 111(a)(1) (assaulting, resisting or impeding certain officers), 231(a)(3) (civil disorder), 1752(a)(1) (entering and remaining in a restricted building or grounds), 1752(a)(2) (disorderly and disruptive conduct in a restricted building or grounds), and 1752(a)(4) (engaging in physical violence in a restricted building or grounds), as well as 40 U.S.C. §§ 5104(e)(2)(E) (impeding

passage through the Capitol grounds or buildings) and 5104(e)(2)(F) (act of physical violence in the Capitol grounds or buildings).

The source of your deponent's information and the grounds for her belief are as follows:[1]

1.  On or about February 5, 2021, the United States District Court for the District of Columbia issued an arrest warrant commanding the arrest of ISAAC STEVE STURGEON on an Indictment charging him with violations of Title 18, United States Code, Sections 1512(c)(2) and 2 (obstruction of justice and aiding and abetting the same), 111(a)(1) (assaulting, resisting or impeding certain officers), 231(a)(3) (civil disorder), 1752(a)(1) (entering and remaining in a restricted building or grounds), 1752(a)(2) (disorderly and disruptive conduct in a restricted building or grounds), and 1752(a)(4) (engaging in physical violence in a restricted building or grounds), as well as 40 U.S.C. §§ 5104(e)(2)(E) (impeding passage through the Capitol grounds or buildings) and 5104(e)(2)(F) (act of physical violence in the Capitol grounds or buildings). The arrest warrant and Indictment are attached hereto as Exhibits A and B, respectively.

2.  As captured on D.C. Metropolitan Police Department ("MPD") Body Worn Camera ("BWC"), on January 6, 2021, STURGEON was on the grounds of the United States Capitol Building wearing a green jacket, green scarf, grey knit hat and dark backpack. Among other things, STURGEON and a group of others picked up a metal police barricade

---

[1] Because the purpose of this affidavit is to set forth only those facts necessary to establish probable cause for removal, I have not described all of the relevant facts and circumstances of which I am aware. I am familiar with the facts and circumstances set forth herein from my own participation in the investigation, my review of the investigative file, and from my conversations with, and review of reports of, other law enforcement officers and agents.

and shoved the barricade into MPD officers. On January 16, 2021, the FBI posted to its website a photograph of STURGEON, among others, seeking the public's assistance in identifying him.

3. Through tips and open source searches, law enforcement identified several social media accounts associated with STURGEON, including an Instagram account with several pictures and comments describing the events at the Capitol on January 6, 2021. One of the photos posted on or about January 6, 2021 showed STURGEON among other protesters at the Capitol grounds, wearing the same outfit captured on the BWC footage.

4. Moreover, two individuals informed the FBI that they knew STURGEON. They provided STURGEON's contact information and identified him as the person in still images from the BWC. One of these individuals also identified STURGEON in photos from the above-described Instagram account. S/he stated that STURGEON traveled frequently and had access to numerous weapons. A Facebook account associated with STURGEON contains a photo, posted on or about November 28, 2020, showing STURGOEN carrying what appears to be a rifle.

5. Searches in public and law enforcement databases confirmed STURGEON's contact information. They also yielded a Department of Motor Vehicles ("DMV") profile for STUGEON. Law enforcement compared the DMV profile photo for STURGEON to the BWC footage and various social media accounts associated with STURGEON, and concluded that the footage and photos were of the same person.

6. On January 24, 2021, STURGEON traveled to Kenya, Africa. Thereafter, he purchased a return ticket to the United States departing on April 5, 2021. However, Kenyan authorities ordered STURGEON deported in advance of his return date. On

March 5, 2021, STURGEON flew to John F. Kennedy International Airport aboard Delta Flights 9522 and 49, and arrived on March 6, 2021 at approximately 12:45 p.m. He was arrested at the airport.

7. At the time of his arrest, STURGEON had on his person a U.S. passport bearing the name "Isaac Steve Sturgeon," with a birth date and photo matching the STURGEON wanted in the District of Columbia.

8. Based on the foregoing, I submit that there is probable cause to believe that the defendant ISAAC STEVE STURGEON is the Isaac Steve Sturgeon wanted in the District of Columbia.

WHEREFORE, your deponent respectfully requests that the defendant ISAAC STEVE STURGEON be removed to the District of Columbia so that he may be dealt with according to law.

*Julia Chen*
———————————————
JULIA CHEN
Special Agent
Federal Bureau of Investigation

Sworn to before me by telephone this
 8  day of March, 2021

*Cheryl L. Pollak*
———————————————
THE HONORABLE CHERYL L. POLLAK
CHIEF UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# Exhibit A

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**Isaac Steve Sturgeon**<br><br>*Defendant* | ) Case: 1:21-cr-00091<br>) Assigned To : Lamberth, Royce C.<br>) Assign. Date : 02/05/2021<br>) Description: INDICTMENT (B) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  **Isaac Steve Sturgeon**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of an Official Proceeding; 18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers; 18 U.S.C. § 231(a)(3) - Civil Disorder; 18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds; 40 U.S.C. § 5104(e)(2)(E) - Impeding Passage Through the Capitol Grounds or Buildings; 40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date:  02/05/2021

*Issuing officer's signature*

City and state:  Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender:    Isaac Steve Sturgeon

Known aliases: _____

Last known residence:    379 Badger Run Drive Dillon, MT 59725

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth:    010/11/1988

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address:    Federal Bureau of Investigation

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

# Exhibit B



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 21-MJ-104 |
| | : | GRAND JURY ORIGINAL |
| | : | GRAND JURY ORIGINAL |
| ISAAC STEVE STURGEON | : | |
| | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1512(c)(2), 2 |
| Defendant | : | (Obstruction of an Official Proceeding) |
| | : | 18 U.S.C. § 111(a)(1) |
| | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers) |
| | : | 18 U.S.C. § 231(a)(3) |
| | : | (Civil Disorder) |
| | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(4) |
| | : | (Engaging in Physical Violence in a |
| | : | Restricted Building or Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(E) |
| | : | (Impeding Passage Through the Capitol |
| | : | Grounds or Buildings) |
| | : | 40 U.S.C. § 5104(e)(2)(F) |
| | : | (Act of Physical Violence in the Capitol |
| | : | Grounds or Buildings) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia and elsewhere,

**ISAAC STEVE STURGEON**

attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, by entering and remaining in the United States Capitol Grounds without authority, engaging in disorderly and disruptive conduct, and committing an act of civil disorder.

**(Obstruction of an Official Proceeding and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

## COUNT TWO

On or about January 6, 2021, within the District of Columbia,

**ISAAC STEVE STURGEON** did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such person was engaged in and on account of the performance of official duties.

**(Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia,

**ISAAC STEVE STURGEON** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, and adversely affected the conduct and performance of a federally protected function.

**(Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia,

**ISAAC STEVE STURGEON** did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT FIVE

On or about January 6, 2021, within the District of Columbia,

**ISAAC STEVE STURGEON** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT SIX

On or about January 6, 2021, within the District of Columbia

**ISAAC STEVE STURGEON** did knowingly, engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting.

(**Engaging in Physical Violence in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(4))

## COUNT SEVEN

On or about January 6, 2021, within the District of Columbia,

**ISAAC STEVE STURGEON** willfully and knowingly obstructed, and impeded passage through and within, the United States Capitol Grounds and any of the Capitol Buildings.

(**Obstructing, or Impeding Passage Through or Within, the Grounds or Any of the Capitol Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(E))

## COUNT EIGHT

On or about January 6, 2021, within the District of Columbia,

**ISAAC STEVE STURGEON** willfully and knowingly engaged in an act of physical violence within the United States Capitol Grounds and any of the Capitol Buildings.

(**Engaging in an Act of Physical Violence in the Grounds or Any of the Capitol Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(F))

A TRUE BILL:


FOREPERSON.


*Michael R. Sherwin/GPR*
Attorney of the United States in
and for the District of Columbia.