# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

March 11, 2021

**<u>Via Email</u>**
Chief Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Isaac Sturgeon, 21-MJ-286*

Dear Chief Judge Pollak:

On March 8, 2021, Mr. Sturgeon was released on a $250,000 bond signed by 7 suretors and with the condition that property be posted within three days. Mr. Sturgeon is the in the process of posting his property, specifically - 200 Lovell Road, Dillon, Montana, 59725. My office has been in contact with the Clerk & Recorder in Beaverhead County, Montana. We provided the County Clerk's office with a copy of the Federal Court bond (with a court seal) and deed to the property. We were told this was insufficient and in order for the property to posted, a civil attorney will need to complete the requisite paper and e-file the documents with the county clerk's office. Mr. Sturgeon is actively in the process of obtaining a civil attorney to complete this process. For these reasons, we respectfully request an extension for posting property.

I have conferred with the government and they do not object to extending the deadline to Monday, March 15, 2021. Thank you for your time and consideration.

So Ordered,

*Cheryl L. Pollak*          USMJ 3/11/2021

Sincerely,

/s/_____
Ashley M. Burrell, Esq.

Cc: AUSA Tara McGrath

1